(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Middle District of Florida<br>Tampa Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Sylla, Cheikh T.** | Name of Joint Debtor (Spouse)(Last, First, Middle)<br>**Sylla, Cynette D.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all)<br>**9177** | Last four digits of Soc Sec No / Complete EIN or other Tax I D No (if more than one, state all)<br>**7570** |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br><br>**615 Luzon Ave.**<br>**Tampa, FL 33606** | Street Address of Joint Debtor (No & Street, City, State & Zip Code)<br><br>**615 Luzon Ave.**<br>**Tampa, FL 33606** |
| County of Residence or of the<br>Principal Place of Business      **Hillsborough** | County of Residence or of the<br>Principal Place of Business      **Hillsborough** |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |

| Location of Principal Assets of Business Debtor<br>(if different from street address above) |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☑ Individual(s)<br>☐ Corporation<br>☐ Partnership<br>☐ Other _____ | ☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Sec 304 - Case ancillary to foreign proceeding | ☐ Chapter 11<br>☐ Chapter 12 | ☐ Chapter 13 |

| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business          ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br> Must attach signed application for the court's consideration certifying<br> that the debtor is unable to pay fee except in installments<br> Rule 1006(b)  See Official Form No 3 |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U S C § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U S C § 1121(e) (Optional) | |

| **Statistical/Administrative Information**  (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will<br> be no funds available for distribution to unsecured creditors | **FILED**<br>**TAMPA, FLORIDA**<br>**2004 MAR 25  PM 3:41**<br>CLERK U.S. BANKRUPTCY<br>COURT, MIDDLE<br>DISTRICT OF FLORIDA |

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☑ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☑ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☐ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☑ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |

**(Official Form 1) (12/03)** FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s) **Cheikh T. Sylla, Cynette D. Sylla** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location<br>Where Filed **NONE** | Case Number | Date Filed |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor<br>**Sylla, Inc.** | Case Number<br>**8:03-bk-02929-PMG** | Date Filed<br>**2/14/03** |
|---|---|---|
| District<br>**Florida, Middle District** | Relationship<br>**Shareholder** | Judge<br>**Glenn** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

X *Cheikh T. Sylla*
Signature of Debtor

X *Cynette D. Sylla*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*3-25-04*
Date

X *Allan C. Watkins*
Signature of Attorney

**Allan C. Watkins, 185104**
Printed Name of Attorney for Debtor(s) / Bar No

**Watkins Law Firm, P.A.**
Firm Name

**707 North Franklin Street  Suite 750**
Address

**Tampa, FL 33602**

**813-226-2215**  **813-226-2038**
Telephone Number

*3-25-04*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *Allan C. Watkins*   *3-25-04*
Signature of Attorney for Debtor(s)   Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U S C § 110(c) )

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

Form B6
(6/90)

# United States Bankruptcy Court
## Middle District of Florida
## Tampa Division

In re   **Cheikh T. Sylla**                    **Cynette D. Sylla**                 Case No

                                                                                    Chapter      **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $     300,000.00 | | |
| B - Personal Property | YES | 3 | $       8,530.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $     300,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $     520,380.48 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $     529,628.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $       9,688.38 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $       8,887.38 |
| Total Number of sheets in ALL Schedules ➤ | | 17 | | | |
| Total Assets ➤ | | | $     308,530.00 | | |
| Total Liabilities ➤ | | | | $   1,350,008.48 | |

FORM B6A
(6/90)

In re.   **Cheikh T. Sylla** _____   **Cynette D. Sylla** _____ ,   **Case No.** _____

                  **Debtor**                                                                                 **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **615 Luzon Ave. Tampa, FL** | **Fee Owner** | **J** | **$ 300,000.00** | **$ 300,000.00** |
| | | **Total** ➤ | **$ 300,000.00** | |

(Report also on Summary of Schedules )

FORM B6B
(10/89)

In re  **Cheikh T. Sylla**                **Cynette D. Sylla**      ,    Case No.  _____
_____
         Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1 Cash on hand | | **Cash** | **J** | **100.00** |
| 2 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **Bay City Bank** | **W** | **100.00** |
| 2 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **SunTrust** | **J** | **100.00** |
| 3 Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4 Household goods and furnishings, including audio, video, and computer equipment | | **2 Bed room sets, living room set, dining room set, family room set, 3 TVs, VCR, DVD, older computer, stereo** | **J** | **1,000.00** |
| 5 Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | | **Miscellaneous family books and pictures** | **J** | **75.00** |
| 6 Wearing apparel | | **Debtor's clothing** | **W** | **80.00** |
| 6 Wearing apparel | | **Debtor's Clothing** | **H** | **75.00** |
| 7 Furs and jewelry | X | | | |
| 8 Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9 Interests in insurance policies   Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10 Annuities   Itemize and name each issuer | X | | | |
| 11 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans   Itemize. | | **TIAA Creft IRA** | **H** | **7,000.00** |

FORM B6B
(10/89)

In re  **Cheikh T. Sylla**                    **Cynette D. Sylla**        '      **Case No** _____

        Debtor                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12 Stock and interests in incorporated and unincorporated businesses  Itemize | | **Sylla, Inc.** | H | 0.00 |
| 13 Interests in partnerships or joint ventures Itemize | X | | | |
| 14 Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 15 Accounts receivable | X | | | |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 17 Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each | X | | | |
| 21 Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 22 Licenses, franchises, and other general intangibles  Give particulars | X | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories | X | | | |
| 24 Boats, motors, and accessories | X | | | |
| 25 Aircraft and accessories | X | | | |
| | | | | |

FORM B6B
(10/89)

In re  **Cheikh T. Sylla**                    **Cynette D. Sylla**                    Case No.

                    Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26  Office equipment, furnishings, and supplies | X | | | |
| 27  Machinery, fixtures, equipment and supplies used in business | X | | | |
| 28  Inventory | X | | | |
| 29  Animals | X | | | |
| 30  Crops - growing or harvested   Give particulars | X | | | |
| 31  Farming equipment and implements | X | | | |
| 32  Farm supplies, chemicals, and feed | X | | | |
| 33  Other personal property of any kind not already listed   Itemize | X | | | |

            2    continuation sheets attached                    Total                    **$  8,530.00**

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules )

FORM B6C
(6/90)

In re **Cheikh T. Sylla**         **Cynette D. Sylla**  , Case No.  _____
           Debtor                                                               (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U S C  § 522(b)(1)     Exemptions provided in 11 U S C  § 522(d).     **Note.  These exemptions are available only in certain states.**

☒ 11 U S C  § 522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 2 Bed room sets, living room set, dining room set, family room set, 3 TVs, VCR, DVD, older computer, stereo | Art. 10 § 4(a)(2), FSA § 222.061 | 1,000.00 | 1,000.00 |
| 615 Luzon Ave. Tampa, FL | Art. 10, §4(a)(1), FSA §§ 222.01, 222.02 | 0.00 | 300,000.00 |
| Bay City Bank | Art. 10 § 4(a)(2), FSA § 222.061 | 100.00 | 100.00 |
| Cash | Art. 10 § 4(a)(2), FSA § 222.061 | 100.00 | 100.00 |
| Debtor's clothing | Art. 10 § 4(a)(2), FSA § 222.061 | 80.00 | 80.00 |
| Debtor's Clothing | Art. 10 § 4(a)(2), FSA § 222.061 | 75.00 | 75.00 |
| Miscellaneous family books and pictures | Art. 10 § 4(a)(2), FSA § 222.061 | 75.00 | 75.00 |
| SunTrust | Art. 10 § 4(a)(2), FSA § 222.061 | 100.00 | 100.00 |
| TIAA Creft IRA | FSA § 222.21(1) | 7,000.00 | 7,000.00 |

FORM B6D
(12/03)

In re    **Cheikh T. Sylla**                          **Cynette D. Sylla**                    ,          Case No _____
_____
                    Debtor                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**Citi Financial Mortgage**<br>P.O. Box 9023<br>Des Moines, IA 50368 | | J | **Security Agreement**<br>615 Luzon Ave.<br>Tampa, FL<br><br>**VALUE $300,000.00** | | | | 300,000.00 | 0.00 |

<u>0</u> Continuation sheets attached

| | |
|---|---|
| Subtotal ➤<br>(Total of this page) | **$300,000.00** |
| Total ➤<br>(Use only on last page) | **$300,000.00** |

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re    **Cheikh T. Sylla**              **Cynette D. Sylla**         ,    Case No                              
                           Debtor                                                                             (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(3)

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐   **Deposits by individuals**

    Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐   **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C. § 507(a)(9)

☐   *Other Priority Debts*

    * Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment

<u>1</u>  Continuation sheets attached

Form B6E - Cont
(12/03)

In re  **Cheikh T. Sylla**                     **Cynette D. Sylla**                     Case No
             Debtor                                                                    ,                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Doug Belden<br>Hillsborough Co.<br>601 E. Kennedy Blvd.<br>14th Floor<br>Tampa, FL 33602 | | J | Real Property Taxes for  2002 and 2003 | | | | 8,000.00 | 8,000.00 |
| ACCOUNT NO<br>Internal Revenue Service<br>No Address<br>Atlanta, GA 39901<br><br>Internal Revenue Service<br>Special Procedures Fctn.<br>Suite 35045, Stop 5730<br>400 W. Bay Street<br>Jacksonville, FL 32202 | | H | 940 & 941 taxes for 1999, 2000, 2001, and 2002 | | | | 512,380.48 | 512,380.48 |

Sheet no  1  of  1  sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Total of this page)          **$520,380.48**

Total ➤
(Use only on last page of the completed Schedule E )          **$520,380.48**

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re **Cheikh T. Sylla**                    **Cynette D. Sylla**                    Case No
_____          _____ ,    _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | W | | | | | 675.00 |
| **At&T Wireless** <br> **GC Services** <br> **P.O. Box 32500** <br> **Columbus, OH 43232** | | | | | | | |
| ACCOUNT NO | | W | | | | | 600.00 |
| **Banana Republic** <br> **P.O. Box 530993** <br> **Atlanta, GA 30353** | | | | | | | |
| ACCOUNT NO | | W | | | | | 853.00 |
| **Bank First Action Card** <br> **P.O. Box 5052** <br> **Sioux Falls, SD** | | | | | | | |
| ACCOUNT NO | | W | | | | | 2,863.00 |
| **Best Buy** <br> **P.O. Box 5238** <br> **Carol Stream, IL 60197** | | | | | | | |
| ACCOUNT NO | | W | | | | | unknown |
| **BMW Finaicial** <br> **P.O. Box 9001065** <br> **Louisville, KY 40290** | | | **Lease of Car** | | | | |

<u>4</u>   Continuation sheets attached

Subtotal ▸                $4,991.00

Total ▸

Form B6F - Cont
(12/03)

In re __Cheikh T. Sylla_____ __Cynette D. Sylla_____ , Case No. _____
                    Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**Burdines**<br>**P.O. Box 4585**<br>**Carol Stream, IL 60197** | | J | | | | | 6,532.00 |
| ACCOUNT NO<br>**Burdines**<br>**P.O. Box 4585**<br>**Carol Stream, IL 60197** | | J | | | | | 2,000.00 |
| ACCOUNT NO<br>**Capital One**<br>**P.O. Box 85147**<br>**Richmond, VA 23276**<br><br>**James C. Bray, Esq.**<br>**P.O. Box 53197**<br>**Jacksonville. FL 32201** | | W | | | | | 2,500.00 |
| ACCOUNT NO<br>**CitiFiancial**<br>**10079 E. Adamo Dr.**<br>**Tampa, FL 33619** | | W | | | | | 720.00 |
| ACCOUNT NO<br>**Express**<br>**P.O. Box 659728**<br>**San Antonio, TX 78265** | | W | | | | | 800.00 |

Sheet no _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $12,552.00
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F )

Form B6F - Cont.
(12/03)

In re __Cheikh T. Sylla__ __Cynette D. Sylla__ , Case No. _____

             Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO <br><br> **Famous Tate** <br>**2201 S. Dale Mabry** <br>**Tampa, FL 33629** | | W | | | | | 1,500.00 |
| ACCOUNT NO <br><br> **GESF Structured Finance** <br>**120 Long Ridge Rd.** <br>**Stamford, CT 09627** <br><br><br> **Heidi L. Hobbs, Esq.** <br>**220 S. Franklin St.** <br>**Tampa, FL 33602** | | H | | | | | 195,116.00 |
| ACCOUNT NO <br><br> **GS Partnership** <br>**444 Biltmore Ave.** <br>**Temple Terrace, FL 33617** | | J | | | | | 247,488.00 |
| ACCOUNT NO <br><br> **Household Financial** <br>**P.O. Box 17574** <br>**Baltimore, MD 21297** | | W | | | | | 11,580.00 |

Sheet no _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F)

| | |
|---|---|
| **$455,684.00** | |

Form B6F - Cont.
(12/03)

In re __Cheikh T. Sylla_____ __Cynette D. Sylla_____,    Case No. _____
                    **Debtor**                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | H | | | | | 50,000.00 |
| **IOS Captial, Inc.** <br> **1738 Bass Rd.** <br> **Macon, GA 31210** <br><br> **Eric Zweibel, Esq.** <br> **1876 N. University Dr.** <br> **Ste. 201** <br> **Plantation, FL 33322** | | | | | | | |
| ACCOUNT NO | | W | | | | | 609.00 |
| **Lundstrom** <br> **Arrow Financial** <br> **21031 Network Pl.** <br> **Chicago, IL 60678** | | | | | | | |
| ACCOUNT NO | | W | | | | | 587.00 |
| **Sam's Club** <br> **P.O. Box 105980** <br> **Atlanta, GA 30353** | | | | | | | |
| ACCOUNT NO | | J | | | | | 912.00 |
| **Shell Processing Center** <br> **no address** <br> **Des Moines, IA 50367** | | | | | | | |
| ACCOUNT NO | | W | | | | | 3,182.00 |
| **Sound Advice** <br> **Dept. 7680** <br> **Carol Stream , IL 60116** | | | | | | | |

Sheet no _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| $55,290.00 |
|---|

Total ➤
(Use only on last page of the completed Schedule F )

Form B6F - Cont
(12/03)

In re **Cheikh T. Sylla**          **Cynette D. Sylla**          ,    Case No. _____

_____          _____
Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO |  | W |  |  |  |  | 1,111.00 |
| **The Limited** P.O. Box 659728 San Antonio, TX 78265 |  |  |  |  |  |  |  |

Sheet no __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤          | $1,111.00 |

(Total of this page)

Total ➤          | $529,628.00 |

(Use only on last page of the completed Schedule F )

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re   Cheikh T. Sylla _____ Cynette D. Sylla _____   Case No _____
               Debtor                                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **BMW Finaicial**<br>**P.O. Box 9001065**<br>**Louisville, KY 40290** | **Lease of car (expires 3/14/04)** |

B6H
(6/90)

In re. **Cheikh T. Sylla**                    **Cynette D. Sylla**         ,   **Case No** _____
           Debtor                                                                    (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

Form B6I
(12/03)

In re   **Cheikh T. Sylla, Cynette D. Sylla**                                    , Case No
                      Debtor                                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status  **married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Debtor's Age Spouse's Age | RELATIONSHIP | AGE |
| | **Daughter** | **19** |
| | **Son** | **17** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Architect** | **Interior Designer** |
| Name of Employer | **Sylla, Inc.** | **Sylla, Inc.** |
| How long employed | **15 years** | **15 years** |
| Address of Employer | | |

| Income  (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly ) | $ 6,558.34 | $ 5,437.50 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 6,558.34 | $ 5,437.50 |
| LESS PAYROLL DEDUCTIONS | | |
| a  Payroll taxes and social security | $ 1,312.96 | $ 994.50 |
| b  Insurance | $ 0.00 | $ 0.00 |
| c  Union dues | $ 0.00 | $ 0 00 |
| d  Other (Specify) | $ 0 00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,312.96 | $ 994.50 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 5,245.38 | $ 4,443.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 5,245.38 | $ 4,443.00 |

TOTAL COMBINED MONTHLY INCOME            **$ 9,688.38**            (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document            **NONE**

Form B6J
(6/90)

In re  **Cheikh T. Sylla, Cynette D. Sylla**                                    ,        Case No.

_____
Debtor                                                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐     Check this box if a joint petition is filed and debtor's spouse maintains a separate household    Complete a separate
       schedule of expenditures labeled "Spouse"

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,511.38 |
| Are real estate taxes included?     Yes _____     No ✓ | | |
| Is property insurance included?     Yes _____     No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 250.00 |
|             Water and sewer | $ | 100.00 |
|             Telephone | $ | 150.00 |
|             Other  **Gas** | $ | 50.00 |
| Home maintenance (repairs and upkeep) | $ | 250.00 |
| Food | $ | 750.00 |
| Clothing | $ | 200.00 |
| Laundry and dry cleaning | $ | 100.00 |
| Medical and dental expenses | $ | 200.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|             Homeowner's or renter's | $ | 250.00 |
|             Life | $ | 0.00 |
|             Health | $ | 0.00 |
|             Auto | $ | 450.00 |
|             Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Ad velorum** | $ | 250.00 |
| Installment payments. (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|             Auto | $ | 401.00 |
|             Other  **Student loan** | $ | 75.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 2,500.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 8,887.38 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval

| | | |
|---|---|---|
| A  Total projected monthly income | $ | |
| B  Total projected monthly expenses | $ | |
| C  Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan each | $ | |

_____
(interval)

Official Form 6 - Cont
(12/03)

In re **Cheikh T. Sylla**                    **Cynette D. Sylla**                    .          Case No
                    Debtor                                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **17** _____
(Total shown on summary page plus 1)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief

Date·  _3-25-04_                    Signature  _Cheikh T. Sylla_
                                                        **Cheikh T. Sylla**

Date  _3-25-04_                    Signature.  _Cynette D. Sylla_
                                                        **Cynette D. Sylla**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Form 7
(12/03)

### UNITED STATES BANKRUPTCY COURT

### Middle District of Florida
### Tampa Division

| In re | **Cheikh T. Sylla** | **Cynette D. Sylla** | Case No | |
|---|---|---|---|---|
| | **9177** | **7570** | Chapter | **7** |

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **37,500.00** | **Sylla, Inc. (Wife)** | **2002** |
| **56,041.00** | **Sylla, Inc. (Husband)** | **2002** |
| **54,000.00** | **Sylla, Inc. (Wife)** | **2003** |
| **68,083.00** | **Sylla, Inc. (Husband)** | **2003** |
| **10,875.00** | **Sylla, Inc. (Wife)** | **2004** |
| **13,116.68** | **Sylla, Inc. (Husband)** | **2004** |

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

None
☑

a List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GS Partnership v. Debtors<br>02-2541 | collection - re lease termination | Circuit Court<br>Hillsborough County | Judgment |
| GESF Structured Finance v. Debtor<br>03-7522 Div. K | Collectioon | Circuit Court<br>Hillsborough County | judgment |
| Capital One v. C. Sylla<br>03-6706-SC | collection | County Court<br>Hillsborough County | pending |
| IOS Capital v. Debtor<br>01-9684 | collection | Circuit Court<br>Hillsborough County | judgment |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

b   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND ADDRESS<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE OF<br>GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE OF<br>PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|

**Watkins Law Firm, P.A.**             **January 2004**                    **$1500 plus filing fee**
**707 North Franklin Stree**
**Suite 750**
**Tampa, FL 33602**

## 10.  Other transfers

None
☑

a    List all other property, other than property transferred in the ordinary course of the business or
financial affairs of the debtor, transferred either absolutely or as security within **one year**
immediately preceding the commencement of this case   (Married debtors filing under chapter 12
or chapter 13 must include transfers by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| | | DESCRIBE PROPERTY |
|---|---|---|
| NAME AND ADDRESS OF TRANSFEREE, | | TRANSFERRED |
| RELATIONSHIP TO DEBTOR | DATE | AND VALUE RECEIVED |

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of
the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding
the commencement of this case   Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments, shares and share accounts held in banks, credit
unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning accounts or instruments held by or for either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed )

| | TYPE OF ACCOUNT, LAST FOUR | AMOUNT AND |
|---|---|---|
| NAME AND ADDRESS | DIGITS OF ACCOUNT NUMBER, | DATE OF SALE |
| OF INSTITUTION | AND AMOUNT OF FINAL BALANCE | OR CLOSING |

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities,
cash, or other valuables within **one year** immediately preceding the commencement of this case
(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed )

| NAME AND ADDRESS | NAMES AND ADDRESSES | DESCRIPTION | DATE OF TRANSFER |
|---|---|---|---|
| OF BANK OR | OF THOSE WITH ACCESS | OF | OR SURRENDER, |
| OTHER DEPOSITORY | TO BOX OR DEPOSITORY | CONTENTS | IF ANY |

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
within **90 days** preceding the commencement of this case   (Married debtors filing under chapter 12
or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | DATE OF | AMOUNT OF |
|---|---|---|
| NAME AND ADDRESS OF CREDITOR | SETOFF | SETOFF |

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice

None
☑

| SITE NAME AND | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
|---|---|---|---|
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

c    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party   Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS | DOCKET NUMBER | STATUS OR |
|---|---|---|
| OF GOVERNMENTAL UNIT | | DISPOSITION |

## 18. Nature, location and name of business

None
☐

a    If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER<br>I D  NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING<br>DATES |
|---|---|---|---|---|
| **Sylla, Inc.** | | | **Architects** | **09/27/1994** |

b        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U S C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None
☑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

b    List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

c   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain

None
☑

NAME                                                    ADDRESS

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor

None
☑

NAME AND ADDRESS                                        DATE ISSUED

## 20.  Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                    |                      | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| ------------------ | -------------------- | ----------------------------------------------------------------- |
| DATE OF INVENTORY  | INVENTORY SUPERVISOR |                                                                   |

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above

None
☑

|                    | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| ------------------ | ----------------------------------------------------- |
| DATE OF INVENTORY  |                                                       |

## 21.  Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| ---------------- | ------------------ | ---------------------- |

b   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| ---------------- | ----- | ----------------------------------------- |

## 22.  Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| ---- | ------- | ------------------ |

b   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
terminated within **one year** immediately preceding the commencement of this case.

None
☑

NAME AND ADDRESS                           TITLE                          DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given
to an insider, including compensation in any form, bonuses, loans, stock redemptions, options
exercised and any other perquisite during **one year** immediately preceding the commencement
of this case

NAME & ADDRESS                                                           AMOUNT OF MONEY
OF RECIPIENT,                              DATE AND PURPOSE              OR DESCRIPTION
RELATIONSHIP TO DEBTOR                     OF WITHDRAWAL                 AND VALUE OF PROPERTY

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period**
immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION               TAXPAYER IDENTIFICATION NUMBER

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding
the commencement of the case

NAME OF PENSION FUND                      TAXPAYER IDENTIFICATION NUMBER

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date    3-25-04                  Signature  ✗ _Cheikh T. Sylla_
                                 of Debtor   Cheikh T. Sylla

Date    3-25-04                  Signature  ✗ _Cynette D. Sylla_
                                 of Joint
                                 Debtor      Cynette D. Sylla

Official Form 8
( 12/03)

## UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Tampa Division

| In re | Cheikh T. Sylla | Cynette D. Sylla | Case No | |
|---|---|---|---|---|
| | 9177 | 7570 | Chapter | 7 |

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts

    a   *Property To Be Surrendered*

Description of Property                                    Creditor's Name

        **None**

    b   *Property To Be Retained*                                 *[Check any applicable statement ]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) | Other |
|---|---|---|---|---|---|
| 1. 615 Luzon Ave. Tampa, FL | Citi Financial Mortgage | | | X | |

Date   *3-25-04*

                                                Signature of Debtor

Date   *3-25-04*

                                                Signature of Joint Debtor

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition  The bankruptcy law is complicated and not easily described  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court  Court employees are prohibited from giving you legal advice

### Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1       Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts

2       Under chapter 7 a trustee takes possession of all your property  You may claim certain of your property as exempt under governing law  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code

3       The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated

4       Even if you receive a discharge, there are some debts that are not discharged under the law  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs

5       Under certain circumstances you may keep property that you have purchased subject to valid security interest  Your attorney can explain the options that are available to you

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1       Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2.      Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings  Usually, the period allowed by the court to repay your debts is three years, but no more than five years  Your plan must be approved by the court before it can take effect

3       Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan

4       After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations

### Chapter 11:  Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney

### Chapter 12:  Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm

I, the debtor, affirm that I have read this notice

| | | |
|---|---|---|
| 3-25-04 | x _Cleith T. Ella_ | |
| Date | Signature of Debtor | Case Number |
| 03/25/04 | x _Gretta A. Ella_ | |
| Date | Signature of Joint Debtor | |

# UNITED STATES BANKRUPTCY COURT

## Middle District of Florida
## Tampa Division

In re    **Cheikh T. Sylla**                          **Cynette D. Sylla**                    Case No _____

**9177**                                        **7570**                                Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **1** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated    _3-25-04_                                      Signed    _Cheikh T. Sylla_
                                                                 **Cheikh T. Sylla**

Signed    _Allan C. Watkins_                            Signed    _Cynette D. Sylla_
          **Allan C. Watkins**                                   **Cynette D. Sylla**

Bar No    **185104**

Cheikh T. Sylla
615 Luzon Ave.
Tampa, FL 33606

Citifinancial
10079 E. Adamo Dr.
Tampa, FL 33619

Ios Captial, Inc.
1738 Bass Rd.
Macon, GA 31210

Cynette D. Sylla
615 Luzon Ave.
Tampa, FL 33606

Doug Belden
Hillsborough Co.
601 E. Kennedy Blvd.
14th Floor
Tampa, FL 33602

James C. Bray, Esq.
P.O. Box 53197
Jacksonville. FL 32201

Allan C. Watkins
Watkins Law Firm, P.A.
707 North Franklin Stree
Suite 750
Tampa, FL 33602

Eric Zweibel, Esq.
1876 N. University Dr.
Ste. 201
Plantation, FL 33322

Lundstrom
Arrow Financial
21031 Network Pl.
Chicago, IL 60678

At&T Wireless
GC Services
P.O. Box 32500
Columbus, OH 43232

Express
P.O. Box 659728
San Antonio, TX 78265

Sam's Club
P.O. Box 105980
Atlanta, GA 30353

Banana Republic
P.O. Box 530993
Atlanta, GA 30353

Famous Tate
2201 S. Dale Mabry
Tampa, FL 33629

Shell Processing Center
no address
Des Moines, IA 50367

Bank First Action Card
P.O. Box 5052
Sioux Falls, SD

GESF Structured Finance
120 Long Ridge Rd.
Stamford, CT 09627

Sound Advice
Dept. 7680
Carol Stream , IL 60116

Best Buy
P.O. Box 5238
Carol Stream, IL 60197

GS Partnership
444 Biltmore Ave.
Temple Terrace, FL 33617

The Limited
P.O. Box 659728
San Antonio, TX 78265

BMW Finaical
P.O. Box 9001065
Louisville, KY 40290

Heidi L. Hobbs, Esq.
220 S. Franklin St.
Tampa, FL 33602

Burdines
P.O. Box 4585
Carol Stream, IL 60197

Household Financial
P.O. Box 17574
Baltimore, MD 21297

Capital One
P.O. Box 85147
Richmond, VA 23276

Internal Revenue Service
No Address
Atlanta, GA 39901

Citi Financial Mortgage
P.O. Box 9023
Des Moines, IA 50368

Internal Revenue Service
Special Procedures Fctn.
Suite 35045, Stop 5730
400 W. Bay Street

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**
**Tampa Division**

| | | |
|---|---|---|
| In re **Cheikh T. Sylla** | **Cynette D. Sylla** | Case No _____ |
| | | Chapter **7** |
| Debtors | | |

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1  Pursuant to 11 U S C § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500.00 |
| Prior to the filing of this statement I have received | $ | 1,500.00 |
| Balance Due | $ | 0.00 |

2  The source of compensation paid to me was

☒ Debtor          ☐ Other (specify)

3  The source of compensation to be paid to me is.

☐ Debtor          ☐ Other (specify)

4  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm   A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached

5  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including

a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy,

b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required,

c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof,

d)  [Other provisions as needed]
    **None**

6  By agreement with the debtor(s) the above disclosed fee does not include the following services

**Services, if necessary, after Section 341 meeting will be billed at Attorney's hourly rate.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding

Dated   *3-25-04*

*[signature]*
**Allan C. Watkins, Bar No. 185104**

**Watkins Law Firm, P.A.**
Attorney for Debtor(s)

---