**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE:
**SYLLA, CHEIKH T.**                              CASE NO.  04-05923-8G7
**SYLLA, CYNETTE D.
Debtor.**
_____/

**REPORT AND NOTICE OF INTENTION
TO SELL PROPERTY OF THE ESTATE AS IS**

TO:  Creditors, Debtor(s) and Parties in Interest

**R. JAY HARPLEY**, the Trustee duly appointed and acting for the above captioned estate, reports the availability for purchase of the estate's interest in the property listed in this notice and that he intends to sell on, or after the twentieth (20th) day of mailing by the Clerk, the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. Description of property: The debtors' interest in the stock of Sylla, Inc. The IRS has filed a priority claim in the amount of $326,918.50. The trustee is informed that if the proposed sale occurs to a third party, the debtors will cease working for Sylla, Inc. Any interested bidder is encouraged to research the Tampa Division bankruptcy records as to Sylla, Inc.

2. Appraised Value: Value as scheduled is $0.00.

3. Manner of Sale:  Public.  The Trustee reserves the right to reject all bids or proposals by withdrawing this notice as to any or all of the properties listed.

4. Terms of Sale:

   a. Kind of sale:  Cash.
   b. Location of sale: 1602 W. Sligh Avenue, Suite 100, Tampa, FL 33604
   c. Date and time of sale:  12:00 noon on the twenty-first (21st) day from mailing by the clerk which day does not fall on a Saturday, Sunday, or legal holiday, and may be continued from day to day until completed without further notice.
   d. Name and address of proposed buyers: Highest bidder
   e. Sale price/initial bid: $326,918.50.00 + 25,000 for general unsecured claims + trustee fee of 20,845.92 + estimated attorney fees of $1,250.00 = 374,014.42 (the minimum bid);  All sales are As-Is. The debtor may be entitled to a portion of the high bid amount as an exemption allowance not to exceed $2,000.00 if the sale is completed to a third party.

***SPECIAL NOTICE***

This notice applies to each property listed herein. Any proposal to purchase which materially varies the price, quantity, quality or description of the terms of the sale announced herein will require further notice of sale. This notice may be withdrawn by the Trustee at any time before completing the sale, without recourse.

**In the event the trustee does not receive the minimum bid requested, he intends to close his file as a no asset case since the appraised value of personal property does not exceed allowed exemption limits. If the debtor is the successful buyer, the debtor will be deemed to have received their**

**exemption allowances.**

 Any bid which does not meet the minimum requirements of this notice will be non-responsive and void as to this notice.
**********************

 f. Interest conveyed:  All right, title and interest of the Estate, if any.

 g. Liens:  Subject to all liens and encumbrances, if any.  THE TRUSTEE AND THE ESTATE MAKE NO REPRESENTATION OR WARRANTY OF NO LIENS.  Any lienors the Trustee believes to be existing are listed below:

  <u>Lienor</u>    <u>Amount</u>    <u>Collateral</u>

The Trustee is unaware of any liens, and the Trustee makes no representation of no liens.
**EACH BIDDER IS REQUIRED TO PERFORM HIS OWN BID OR PROPOSAL PREPARATION AND DUE DILIGENCE AT HIS OWN COST.**

 h. Warranties:  The property is sold **AS IS, WITH NO WARRANTIES, EXPRESS OR IMPLIED, OF ANY KIND.  THE TRUSTEE MAKES NO WARRANTY OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES OF EVERY KIND.**

 **NOTICE IS HEREBY GIVEN** that all objections to the sale   described above shall be in writing and shall be filed with the United States Bankruptcy Court, 801 N. Florida Avenue, Tampa, FL 33602, and a copy of same shall be served on the Trustee within twenty (20) days of the date of mailing by the Clerk.  The objections to the sale shall state the reasons for the objection and shall include a request for a hearing on the objection.  If no objection is filed, the sale as described above will take place.

DATED: <u>January 9, 2005</u>

           <u>/s/ R. Jay Harpley</u>
           R. Jay Harpley, Trustee
           1602 W. Sligh Ave., Suite 100
           Tampa, Florida 33604
           (813) 931-1700

Copies Mailed by the Court as follows:
U.S. Trustee,501 East Polk Street, Suite 1200, Tampa, FL 33602
R. Jay Harpley, Trustee, 1602 W. Sligh Ave., Ste 100, Tampa, FL 33604
SYLLA, CHEIKH T. and SYLLA, CYNETTE D., 615 LUZON AVE, TAMPA, FL 33606-3930
Allan C. Watkins, Esquire, 707 N. Franklin Street, Suite 750, Tampa, FL 33602
Proposed buyer-N/A
All creditors and parties in interest


Forwarded to the Bankruptcy Noticing Center (BNC) for mailing on _____ by _____.