[8odrlien] [ORDER DIRECTING RESPONSE TO MOTION TO AVOID LIEN]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:   Case No. 8:04–bk–05923–PMG
Chapter 7

Cheikh T Sylla
615 Luzon Ave
Tampa, FL 33606

Cynette D Sylla
615 Luzon Ave
Tampa, FL 33606

_____Debtor(s)_____/

ORDER DIRECTING RESPONSE TO MOTION TO AVOID LIEN

    THIS CASE came on, ex parte, to consider the entry of an appropriate order. The Court considered the record and finds that on July 19, 2005 Debtor(s) filed a Motion to Avoid a Lien with GS Partnership, a Florida General Partnership , the respondent herein, pursuant to §522(f) of the Bankruptcy Code and that the motion presents a contested matter. Therefore, it is appropriate, pursuant to Fed. R. Bankr. P. 9014, to direct the respondent to file a written response within twenty (20) days from the date of service of this Order. Accordingly, it is

    ORDERED:

    1. The respondent named in the Motion to Avoid Lien be and the same hereby is directed to file a written response to the motion within twenty (20) days from the date of service of this Order.

    2. If the respondent fails to timely file a written response, the Court will consider the motion ex parte and enter an appropriate order upon its submission by the moving party, without further notice.

   3. If counsel for the movant fails to submit a proposed order within thirty (30) days of the expiration of the twenty (20) days response period, the motion will be considered denied without further notice.

   DONE AND ORDERED on 7/20/05 .

_____
Paul M. Glenn
Chief United States Bankruptcy Judge