UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

Cheikh T. Sylla
Cynette D. Sylla
    Debtor.

Bankruptcy Number:  8:04-bk-05923-KRM

_____/

VERIFIED MOTION TO AVOID LIEN OF
GESF STRUCTURED FINANCE (AMERICAS), INC.,
A DELAWARE CORPORATION, AS SUCCESSOR IN INTEREST TO
ABB STRUCTURED FINANCE (AMERICAS), INC.

Cheikh T. Sylla, Debtor, by and through his undersigned attorney, file this Motion to Avoid Lien of GESF Structured Finance (Americas), Inc., a Delaware corporation, as successor in interest to ABB Structured Finance (Americas), Inc., pursuant to 11 U.S.C. §522(f), saying:

1. On March 25, 2004, Debtor filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. This court has jurisdiction over this motion filed pursuant to 11 U.S.C. § 522(f) to avoid and cancel a judicial lien held on exempt property owned by the Debtors.

3. The Debtors are the owners of the property located at 615 Luzon Avenue, Tampa, Florida and legally described as:

> Beginning at the most Southerly corner of Lot 27 in Block 8, of Byars-Thompson addition to Davis Islands, according to Map or Plat thereof as recorded in Plat Book 32, Page 43, of the Public Records of Hillsborough County, Florida, run thence Northwesterly 22.0 feet along the Luzon Avenue boundary of said lot 27; thence Northeasterly in a straight line 104.42 feet to a point on the Easterly boundary of said Lot 27, 22.0 feet Northwesterly of the most Easterly corner of said Lot 27; thence Southeasterly 92.0 feet along the Easterly boundary of Lots 27 and 26 of said Block 8 to a point 3.0 feet Northwesterly of the most Easterly corner of said Lot 26; thence Southwesterly in a straight line, 106.95 feet to a point 3.0 feet Northwesterly of the most Southerly corner of said Lot 26; thence Northwesterly along the Luzon Avenue boundary, 70.0 feet to the Point of Beginning

4.  GESF Structured Finance (Americas), Inc., a Delaware corporation, as successor in interest to ABB Structured Finance (Americas), Inc., obtained a Judgment entered on March 29, 2004 and recorded April 7, 2004 at O.R. Book 13707, Page 0278, Clerk of the Circuit Court. This judgment was entered after the filing of the bankruptcy.

5.  The existence of the lien on the Debtor's real property impairs the exemption to which the Debtor would be entitled under 11 U.S.C. 522(b).

Under penalty of perjury, I declare that the above statement is true and correct.

*Cheikh T. Sylla* (signature)
CHEIKH T. SYLLA

Respectfully Submitted,

WATKINS LAW FIRM, P.A.
/s/ Allan C. Watkins

_____

Allan C. Watkins, Esquire
Florida Bar No.: 185104
707 North Franklin Street, Ste. 750
Tampa, Florida 33602
Tel: (813) 226-2215
Fax: (813) 226-2038
Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Avoid Lien has been furnished this 19th day of December, 2005 via electronic filing or First Class U.S. Mail to United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602; Ralph Jay Harpley, Trustee, 1602 West Sligh Avenue, #100, Tampa, Florida 33604; Heidi L. Hobbs, Esquire, Bush Ross Gardner Warren & Rudy, P.A., P.O. Box 3913, Tampa, Florida 33601 and Dale W. Vash, Esq., Fowler White Boggs Banker, P.A., P.O. .Box 1438, Tampa, Florida 33601.

/s/ Allan C. Watkins

_____

Allan C. Watkins