UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

Cheikh T. Sylla                                        Bankruptcy Number:  8:04-bk-05923-PMG
Cynette D. Sylla
        Debtor.

_____/

**ORDER VOIDING LIEN OF**
**GESF STRUCTURED FINANCE (AMERICAS), INC.,**
**A DELAWARE CORPORATION, AS SUCCESSOR IN INTEREST TO**
**ABB STRUCTURED FINANCE (AMERICAS), INC.**

This Case came on for consideration of the Debtor's Verified Motion to Avoid Lien of

GESF Structured Finance (Americas), Inc., a Delaware Corporation, As Successor In Interest To

ABB Structured Finance (Americas), Inc.  The Court entered an order directing the lien holder to

respond to the Motion to Avoid Lien.  The lien holder filed no response to the Motion.

Accordingly it is

ORDERED that the Verified Motion to Avoid Lien of GESF Structured Finance

(Americas), Inc., a Delaware Corporation, As Successor In Interest To ABB Structured Finance

(Americas), Inc is hereby GRANTED. It is further

ORDERED that the judicial lien arising from the Judgment entered on March 29,

2004 and recorded April 7, 2004 at O.R. Book 13707, Page 0278, in the Public Records of

Hillsborough County, Florida, that constitute a lien on the homestead of the Debtor that was

claimed and allowed as exempt, described as:

> Beginning at the most Southerly corner of Lot 27 in Block 8, of Byars-Thompson
> addition to Davis Islands, according to Map or Plat thereof as recorded in Plat
> Book 32, Page 43, of the Public Records of Hillsborough County, Florida, run
> thence Northwesterly 22.0 feet along the Luzon Avenue boundary of said lot 27;
> thence Northeasterly in a straight line 104.42 feet to a point on the Easterly
> boundary of said Lot 27, 22.0 feet Northwesterly of the most Easterly corner of
> said Lot 27; thence Southeasterly 92.0 feet along the Easterly boundary of Lots 27
> and 26 of said Block 8 to a point 3.0 feet Northwesterly of the most Easterly

corner of said Lot 26; thence Southwesterly in a straight line, 106.95 feet to a point 3.0 feet Northwesterly of the most Southerly corner of said Lot 26; thence Northwesterly along the Luzon Avenue boundary, 70.0 feet to the Point of Beginning

is hereby avoided pursuant to 11 U.S.C. §522(f).

DONE AND ORDERED in Chambers in Tampa, Florida __ February 03, 2006

PAUL M. GLENN
Chief United States Bankruptcy Judge

Copies furnished to:

Allan C. Watkins, Esquire
707 North Franklin Street, Suite 750
Tampa, Florida 33602

United States Trustee
501 East Polk Street
Suite 1200
Tampa, Florida  33602

Ralph Jay Harpley, Trustee
1602 West Sligh Avenue, #100
Tampa, Florida 33604

Heidi L. Hobbs, Esquire
Bush Ross Gardner Warren & Rudy, P.A.,
P.O. Box 3913
Tampa, Florida 33601

Dale W. Vash, Esquire
Fowler White Boggs Banker, P.A.
P.O. .Box 1438
Tampa, Florida 33601